UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, 1500 S.W. First Ave., Suite 765, Portland OR 97201<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>H. DALE HALL, Director, United States Fish and Wildlife Service,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks,<br>1849 C Street, N.W.<br>Washington, D.C. 20240, and<br><br>DIRK KEMPTHORNE, Secretary of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>　　　　　Defendants. | Civil Action No. |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for plaintiff American Forest Resource Council, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of American Forest Resource Council, which have any outstanding securities in the hands of the public.

　　　　　　　　　　　　　　　　NONE

Page 1 -   CERTIFICATE UNDER LCvR 7.1　　　　　　　　　　　　　　PC DOCS 559851 1

These representations are made in order that judges of this Court may determine the need for recusal.

Dated this 7th day of March, 2007.

By: /s/ James T. McDermott
James T. McDermott, D.C. Bar No. 404886
jmcdermott@bjllp.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland OR 97204
Telephone: (503) 228-2525
Facsimile: (503) 226-3910

Mark C. Rutzick
Mark C. Rutzick, P.C.
markrutzick@comcast.net
3407 SW Stonebrook Drive, Suite B
Portland, OR 97239-1269
Telephone/Facsimile: (503) 244-3030

Attorneys for Plaintiff American Forest Resource Council

Page 2 -   CERTIFICATE UNDER LCvR 7.1                              PC DOCS 559851 1

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525