UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-00484 (JDB) |
| | ) |
| H. DALE HALL, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**FEDERAL DEFENDANTS' NOTICE OF APPEARANCE**

To the Court, the parties, and their attorneys of record:

On behalf of the Federal Defendants, the United States enters the appearance of Courtney Taylor, Trial Attorney, as counsel for this matter. Copies of future filings, notices, and decisions should be sent to Courtney Taylor.

Dated: May 22, 2007

        Respectfully submitted,

        MATTHEW J. McKEOWN
        Acting Assistant Attorney General
        Environment & Natural Resources Division

        JEAN E. WILLIAMS
        Chief
        Environment & Natural Resources Division
        Wildlife and Marine Resources Section


*S/ Courtney Taylor*
_____
Courtney Taylor, Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C. 20044-7369
(202) 353-7548
Attorney for Defendants

OF COUNSEL
Eric Nagle
U.S. Department of Interior
Office of the Regional Solicitor
500 N.E. Multnomah Street, Suite 607
Portland, OR 97232