UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, 1500 S.W. First Ave., Suite 765, Portland OR 97201<br><br>Plaintiff,<br><br>vs.<br><br>H. DALE HALL, Director, United States Fish and Wildlife Service, 1849 C Street, N.W. Washington, D.C. 20240<br><br>DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, 1849 C Street, N.W. Washington, D.C. 20240, and<br><br>DIRK KEMPTHORNE, Secretary of Interior 1849 C Street, N.W. Washington, D.C. 20240<br><br>Defendants. | Civil Case No. 1:07-cv-00484-JDB |

## MOTION FOR LEAVE FOR MARK C. RUTZICK TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2, plaintiff American Forest Resource Council moves for leave for plaintiff's counsel Mark C. Rutzick to appear in this case *pro hac vice*. Pursuant to LCvR 7(m), plaintiff has conferred with counsel for defendants and proposed defendants-intervenors. Neither defendants nor proposed defendants-intervenors oppose this motion.

Page 1 - **MOTION FOR LEAVE FOR MARK C. RUTZICK TO APPEAR *PRO HAC VICE***

In support of this motion, plaintiff relies on the Declaration of Mark C. Rutzick, filed herewith. A proposed order is filed herewith.

Dated this 25th day of May, 2007.

> By: /s/ James T. McDermott
> James T. McDermott, D.C. Bar No. 404886
> jmcdermott@balljanik.com
> BALL JANIK LLP
> 101 SW Main Street, Suite 1100
> Portland OR 97204
> Telephone: (503) 228-2525
> Facsimile: (503) 226-3910
>
> Attorneys for Plaintiff American Forest Resource Council

Page 2 - **MOTION FOR LEAVE FOR MARK C. RUTZICK TO APPEAR PRO HAC VICE**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Oregon. I am over 18 years of age and not a party to this action. My business address is 101 SW Main Street, Suite 1100, Portland, Oregon 97204.

On May 25, 2007, I served the foregoing **MOTION FOR LEAVE FOR MARK C. RUTZICK TO APPEAR** *PRO HAC VICE* on the persons listed below electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

Courtney O. Taylor
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

Patti A. Goldman
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of May, 2007.

/s/ Annie LaHaie
Annie LaHaie

CERTIFICATE OF SERVICE

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, 1500 S.W. First Ave., Suite 765, Portland OR 97201<br><br>Plaintiff,<br><br>vs.<br><br>H. DALE HALL, Director, United States Fish and Wildlife Service,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks,<br>1849 C Street, N.W.<br>Washington, D.C. 20240, and<br><br>DIRK KEMPTHORNE, Secretary of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>Defendants. | Civil Case No. 1:07-cv-00484-JDB |

**DECLARATION OF MARK C. RUTZICK IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Mark C. Rutzick, with full knowledge of the penalty of perjury, declares as follows:

1. My name is Mark Charles Rutzick. I make this declaration on personal knowledge and if called to testify as a witness would testify as set forth below.

2. Through June 7, 2007 my office address is 3407 SW Stonebrook Dr., Suite B, Portland OR 97239, and my office telephone number is 503-244-3030. Beginning on June 8, 2007 my office address will be 4912 Shadow Valley Dr., Fairfax VA 22030, and my office telephone number will be 703-865-8418.

Page 1 -   **DECLARATION OF MARK C. RUTZICK IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

3. I am admitted to the Oregon State Bar, the Washington State Bar Association and the following federal courts: Supreme Court of the United States; United States Courts of Appeals for the District of Columbia, Second, Fifth, Sixth and Ninth Circuits; United States District Courts for the District of Oregon, Western District of Washington, Eastern District of Washington, Southern District of New York and Eastern District of New York; and the United States Court of Federal Claims. I was admitted to the New York State Bar from 1974 to 2006.

4. I certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25, 2007

/s/ Mark C. Rutzick
Mark C. Rutzick

Page 2 - **DECLARATION OF MARK C. RUTZICK IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Oregon. I am over 18 years of age and not a party to this action. My business address is 101 SW Main Street, Suite 1100, Portland, Oregon 97204.

On May 25, 2007, I served the foregoing **DECLARATION OF MARK C. RUTZICK IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*** on the persons listed below electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

Courtney O. Taylor
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

Patti A. Goldman
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of May, 2007.

/s/ Annie LaHaie
Annie LaHaie

CERTIFICATE OF SERVICE

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, 1500 S.W. First Ave., Suite 765, Portland OR 97201<br><br>Plaintiff,<br><br>vs.<br><br>H. DALE HALL, Director, United States Fish and Wildlife Service,<br>1849 C Street, N.W., Washington, D.C. 20240<br><br>DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks,<br>1849 C Street, N.W., Washington, D.C. 20240, and<br><br>DIRK KEMPTHORNE, Secretary of Interior 1849 C Street, N.W., Washington, D.C. 20240<br><br>Defendants. | Civil Case No. 1:07-cv-00484-JDB |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE FOR MARK C. RUTZICK TO APPEAR *PRO HAC VICE*

Upon consideration of the motion of plaintiff American Forest Resource Council pursuant to LCvR 83.2 for leave for plaintiff's counsel Mark C. Rutzick to appear in this case *pro hac vice*, IT IS HEREBY ORDERED that:

The motion of plaintiff American Forest Resource Council pursuant to LCvR 83.2 for leave for plaintiff's counsel Mark C. Rutzick to appear in this case *pro hac vice* is GRANTED.

Dated: _____, 2007         _____
                                      John D. Bates, United States District Judge

Page 1 - **ORDER GRANTING MOTION FOR LEAVE FOR MARK C. RUTZICK TO APPEAR *PRO HAC VICE***

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

**LIST OF ATTORNEYS ENTITLED TO BE NOTIFIED OF ENTRY OF THIS ORDER:**

James T. McDermott
Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, OR  97204

Patti A. Goldman
Kristen L. Boyles
Joshua Osborne-Klein
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104

Jean E. Williams
Courtney O. Taylor
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C.  20044-7369

Mark C. Rutzick
3407 SW Stonebrook Drive, Suite B
Portland, OR  97239

**As of June 8, 2007**:
Mark C. Rutzick
4912 Shadow Valley Drive
Fairfax, VA  22030

Page 2 -   **ORDER GRANTING MOTION FOR LEAVE FOR MARK C. RUTZICK TO APPEAR *PRO HAC VICE***

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525