UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>H. DALE HALL, Director, U.S. Fish and )<br>Wildlife Service, DAVID M. VERHEY, )<br>Acting Assistant Secretary for Fish, Wildlife )<br>and Parks, and DIRK KEMPTHORNE, )<br>Secretary of the Interior. )<br>)<br>      Defendants. )<br>) | Case No. 1:07-cv-00484 (JDB) |

**NOTICE OF APPEARANCE**

To the Court, the parties, and their attorneys of record:

  PLEASE TAKE NOTICE that Meredith L. Flax enters her appearance as counsel for the Federal Defendants in the captioned matter. Service of all papers may be made as follows:

<u>MAILING ADDRESS</u>:

  U.S. Department of Justice
  Environment and Natural Resources Division
  Wildlife and Marine Resources Section
  Ben Franklin Station, P.O. Box 7369
  Washington, D.C. 20044-7369

<u>OVERNIGHT DELIVERY/STREET ADDRESS</u>

  U.S. Department of Justice
  Environment & Natural Resources Division
  Wildlife and Marine Resources Section
  601 D Street, N.W., Room 3908
  Washington, D.C. 20004

<u>TELEPHONE NUMBERS</u>

  Telephone: (202) 305-0404
  Facsimile: (202) 305-0275

E-MAIL

    Meredith.Flax@usdoj.gov

| | |
|---|---|
| Dated: May 30, 2007 | Respectfully submitted, |
| | MATTHEW J. MCKEOWN<br>Acting Assistant Attorney General |
| | JEAN E. WILLIAMS, Chief<br>LISA L. RUSSELL, Assistant Chief |
| | /s/ *Meredith L. Flax*<br>MEREDITH L. FLAX, Trial Attorney (DCB 468016)<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0404<br>Facsimile: (202) 305-0275<br>Meredith.Flax@usdoj.gov |