PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, | Case No.  1:07-cv-00484-JDB |
| Plaintiff, | |
| vs. | |
| H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior, | |
| Defendants, | |
| and | |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY, | |
| Defendant-Intervenors. | |

**MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE***

MOTION FOR PERMISSION TO APPEAR
*PRO HAC VICE*   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Defendant-Intervenors Audubon Society of Portland et al., by and through their attorney of record, the undersigned, respectfully move for permission for counsel Kristen L. Boyles of Earthjustice to appear *pro hac vice* in this matter.

Ms. Boyles is a member in good standing and is eligible to practice in the following courts:

| Court | Admittance |
| --- | --- |
| California | June 8, 1992 |
| Court of Appeals 9th Circuit | February 26, 1993 |
| Washington | June 21, 1994 |
| USDC W. Dist. of Washington | July 1, 1994 |
| USDC E. Dist. of Washington | September 30, 1994 |
| United States Supreme Court | March 9, 1998 |
| USDC Colorado | August 3, 1998 |
| USDC N. Dist. of California | May 7, 1999 |
| Court of Appeals 10th Circuit | June 2, 2000 |

Ms. Boyles is not currently suspended or disbarred in any other court and has not been admitted *pro hac* in this Court within the last two years.

Pursuant to LCvR 7(m), counsel for defendant-intervenors has conferred with counsel for plaintiff and defendants.  Plaintiff does not oppose this motion and defendants take no position.

Ms. Boyles is an attorney with:

> Earthjustice
> 705 Second Avenue, Suite 203
> Seattle, WA  98104-1711
> (206) 343-7340
> (206) 343-1526 *[FAX]*

MOTION FOR PERMISSION TO APPEAR
*PRO HAC VICE*  - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Respectfully submitted this 1st day of June, 2007.

/s/ Patti Goldman
PATTI GOLDMAN (DCB# 398565)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org

*Attorney for Defendant-Intervenors*

MOTION FOR PERMISSION TO APPEAR
*PRO HAC VICE*   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, | Case No. 1:07-cv-00484-JDB |
| Plaintiff, | |
| vs. | |
| H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior, | |
| Defendants, | |
| and | |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY, | |
| Defendant-Intervenors. | |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

[PROPOSED] ORDER GRANTING MOTION
TO APPEAR *PRO HAC VICE*   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

This matter having come before the Court pursuant to Defendant-Intervenors' Motion for Permission to Appear *Pro Hac Vice*,

IT IS ORDERED, ADJUDGED, AND DECREED that Ms. Boyles is granted admission *pro hac vice* in the above-captioned lawsuit as attorney for Audubon Society of Portland et al.

DATED this ____ day of _____, 2007.

_____
THE HONORABLE JOHN D. BATES
United States District Judge

Submitted by:

/s/  Patti Goldman
PATTI GOLDMAN (DCB# 398565)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org

*Attorney for Defendant-Intervenors*

[PROPOSED] ORDER GRANTING MOTION
TO APPEAR *PRO HAC VICE*   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*