PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, | Case No.  1:07-cv-00484-JDB |
| Plaintiff, | |
| vs. | |
| H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior, | |
| Defendants, | |
| and | |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY, | |
| Defendant-Intervenors. | |

**MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE***

MOTION FOR PERMISSION TO APPEAR
*PRO HAC VICE*   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Defendant-Intervenors Audubon Society of Portland et al., by and through their attorney of record, the undersigned, respectfully move for permission for counsel Joshua Osborne-Klein of Earthjustice to appear *pro hac vice* in this matter.

Mr. Osborne-Klein is a member in good standing and is eligible to practice in the following courts:

| Court | Admittance |
| --- | --- |
| Washington | November 10, 2005 |
| USDC W. Dist. of Washington | October 6, 2006 |

Mr. Osborne-Klein is not currently suspended or disbarred in any other court and has not been admitted *pro hac* in this Court within the last two years.

Pursuant to LCvR 7(m), counsel for defendant-intervenors has conferred with counsel for plaintiff and defendants. Plaintiff does not oppose this motion and defendants take no position.

Mr. Osborne-Klein is an attorney with:

> Earthjustice
> 705 Second Avenue, Suite 203
> Seattle, WA 98104-1711
> (206) 343-7340
> (206) 343-1526 *[FAX]*

Respectfully submitted this 1st day of June, 2007.

/s/ Patti Goldman
PATTI GOLDMAN (DCB# 398565)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org

*Attorney for Proposed Defendant-Intervenors*

MOTION FOR PERMISSION TO APPEAR
*PRO HAC VICE* - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>H. DALE HALL, Director, United States Fish and )<br>Wildlife Service, DAVID M. VERHEY, Acting Assistant )<br>Secretary for Fish and Wildlife and Parks, and DIRK )<br>KEMPTHORNE, Secretary of Interior, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>AUDUBON SOCIETY OF PORTLAND, CENTER FOR )<br>BIOLOGICAL DIVERSITY, CONSERVATION )<br>NORTHWEST, ENVIRONMENTAL PROTECTION )<br>INFORMATION CENTER, GIFFORD PINCHOT TASK )<br>FORCE, OREGON WILD, SEATTLE AUDUBON )<br>SOCIETY, SIERRA CLUB, and THE WILDERNESS )<br>SOCIETY, )<br>)<br>Defendant-Intervenors. ) | Case No.  1:07-cv-00484-JDB |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

[PROPOSED] ORDER GRANTING MOTION
TO APPEAR *PRO HAC VICE*   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

This matter having come before the Court pursuant to Defendant-Intervenors' Motion for Permission to Appear *Pro Hac Vice*,

IT IS ORDERED, ADJUDGED, AND DECREED that Mr. Osborne-Klein is granted admission *pro hac vice* in the above-captioned lawsuit as attorney for Audubon Society of Portland et al.

DATED this ____ day of _____, 2007.

_____
THE HONORABLE JOHN D. BATES
United States District Judge

Submitted by:

/s/  Patti Goldman
PATTI GOLDMAN (DCB# 398565)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org

*Attorney for Defendant-Intervenors*

[PROPOSED] ORDER GRANTING MOTION
TO APPEAR *PRO HAC VICE*   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*