PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, | ) Case No.  1:07-cv-00484-JDB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| H. DALE HALL, Director, United States Fish and | ) |
| Wildlife Service, DAVID M. VERHEY, Acting Assistant | ) |
| Secretary for Fish and Wildlife and Parks, and DIRK | ) |
| KEMPTHORNE, Secretary of Interior, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR | ) |
| BIOLOGICAL DIVERSITY, CONSERVATION | ) |
| NORTHWEST, ENVIRONMENTAL PROTECTION | ) |
| INFORMATION CENTER, GIFFORD PINCHOT TASK | ) |
| FORCE, OREGON WILD, SEATTLE AUDUBON | ) |
| SOCIETY, SIERRA CLUB, and THE WILDERNESS | ) |
| SOCIETY, | ) |
| | ) |
| Defendant-Intervenors. | ) |

**NOTICE OF WITHDRAWAL OF DEFENDANT-
INTERVENORS' PARTIAL MOTION TO DISMISS**

NOTICE OF WITHDRAWAL OF DEFENDANT-
INTERVENORS' PARTIAL MOTION TO DISMISS   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

On March 7, 2007, the American Forest Resource Council ("AFRC") filed this action to compel the United States Fish and Wildlife Service ("FWS") to delist the Washington, Oregon, and California population of marbled murrelets, currently listed as "threatened" under the Endangered Species Act ("ESA"). On April 30, 2007, the Audubon Society of Portland, Center for Biological Diversity, Conservation NW, Environmental Protection Information Center, Gifford Pinchot Task Force, Oregon Wild, Seattle Audubon Society, Sierra Club, and The Wilderness Society (collectively "Audubon") filed for leave to intervene to defend the murrelet listing. Audubon lodged an answer and a partial motion to dismiss with its motion to intervene.

In the partial motion to dismiss, Audubon alleged that AFRC had failed to state claims upon which relief could be granted because AFRC relied on regulatory language that does not exist. On May 1, 2007, the day after Audubon filed its motion to intervene and lodged its partial motion to dismiss, AFRC amended its complaint, deleted two claims, and excised all references to the non-existent regulatory language. On May 29, 2007, the Court granted Audubon's motion to intervene and ordered the clerk to file Audubon's lodged answer and partial motion to dismiss.

Because AFRC's amended complaint removed the defects identified in the partial motion to dismiss, Audubon withdraws that motion.[1] Audubon is concurrently filing an amended answer that responds to AFRC's amended complaint.

---

[1] Counsel for Audubon has conferred with counsel for AFRC and counsel for the federal defendants. Counsel for AFRC has indicated that it does not oppose this withdrawal; counsel for the federal defendants indicated that they take no position.

NOTICE OF WITHDRAWAL OF DEFENDANT-
INTERVENORS' PARTIAL MOTION TO DISMISS    - 2 -

Respectfully submitted this 1st day of June, 2007.


/s/  Patti Goldman
PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors Audubon Society of Portland, Center for Biological Diversity, Conservation Northwest, Environmental Protection Information Center, Gifford Pinchot Task Force, Oregon Wild, Seattle Audubon Society, Sierra Club, and The Wilderness Society*

NOTICE OF WITHDRAWAL OF DEFENDANT-
INTERVENORS' PARTIAL MOTION TO DISMISS   - 3 -

PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, ) | Case No.  1:07-cv-00484-JDB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| H. DALE HALL, Director, United States Fish and ) | |
| Wildlife Service, DAVID M. VERHEY, Acting Assistant ) | |
| Secretary for Fish and Wildlife and Parks, and DIRK ) | |
| KEMPTHORNE, Secretary of Interior, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR ) | |
| BIOLOGICAL DIVERSITY, CONSERVATION ) | |
| NORTHWEST, ENVIRONMENTAL PROTECTION ) | |
| INFORMATION CENTER, GIFFORD PINCHOT TASK ) | |
| FORCE, OREGON WILD, SEATTLE AUDUBON ) | |
| SOCIETY, SIERRA CLUB, and THE WILDERNESS ) | |
| SOCIETY, ) | |
| ) | |
| Defendant-Intervenors. ) | |

**CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

I am a citizen of the United States and a resident of the State of Washington. I am over

18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite

203, Seattle, Washington 98104.

On June 1, 2007, I served a true and correct copy of:

1.    Motion for Permission to Appear *Pro Hac Vice* (Kristen Boyles);
2.    [Proposed] Order Granting Motion to Appear *Pro Hac Vice* (Kristen Boyles);
3.    Motion for Permission to Appear *Pro Hac Vice* (Joshua Osborne-Klein);
4.    [Proposed] Order Granting Motion to Appear *Pro Hac Vice* (Joshua Osborne-Klein);
5.    Unopposed Motion to Withdraw Defendant-Intervenors' Partial Motion to Dismiss;
6.    Defendant-Intervenors' Amended Answer; and
7.    Certificate of Service.

on the parties listed below:

James T. McDermott
Ball Janik LLP
101 S.W. Main Street, Suite 1100
Portland, OR  97204
(503) 228-2525
(503) 226-3910 *[FAX]*
jmcdermott@balljanik.com
*Attorney for Plaintiffs*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk
☐ via e-mail

Mark C. Rutzick
Mark C. Rutzick, P.C.
3407 S.W. Stonebrook Drive, Suite B
Portland, OR  97239-1269
(503) 244-3030
markrutzick@comcast.net
*Attorney for Plaintiffs*

☐ via facsimile
☒ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via electronic service by Clerk
☒ via e-mail

CERTIFICATE OF SERVICE    - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Meredith L. Flax
Courtney Taylor
Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
**Street Address**:
601 D Street, N.W., Room 3908
Washington, D.C. 20004
(202) 305-0404 (Meredith)
(202) 353-7548 (Courtney)
(202) 305-0275 *[FAX]*
meredith.flax@usdoj.gov
courtney.taylor@usdoj.gov
*Attorneys for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk
☐ via e-mail

     I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

1st day of June, 2007, at Seattle, Washington.

Catherine Hamborg

CERTIFICATE OF SERVICE   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*