UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> H. DALE HALL, Director, U.S. Fish and ) <br> Wildlife Service, DAVID M. VERHEY, ) <br> Acting Assistant Secretary for Fish, Wildlife ) <br> and Parks, and DIRK KEMPTHORNE, ) <br> Secretary of the Interior. ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> AUDUBON SOCIETY OF PORTLAND, ) <br> CENTER FOR BIOLOGICAL DIVERSITY, ) <br> CONSERVATION NORTHWEST, ) <br> ENVIRONMENTAL PROTECTION ) <br> INFORMATION CENTER, GIFFORD ) <br> PINCHOT TASK FORCE, OREGON WILD, ) <br> SEATTLE AUDUBON SOCIETY, SIERRA ) <br> CLUB, and THE WILDERNESS SOCIETY ) <br> ) <br> Defendant-Intervenors. ) <br> ) | Case No. 1:07-cv-00484 (JDB) |

**NOTICE OF PROPOSED BRIEFING SCHEDULE**

On May 29, 2007, the Court ordered the parties to submit a joint notice "proposing a briefing schedule for any and all dispositive motions filed in this action." Doc. No. 8. Counsel for the parties have conferred and Plaintiff and Defendants are unable to reach agreement on a schedule. Therefore, Defendants hereby file their proposed briefing schedule, which they urge the Court to adopt. Defendant-Intervenors have indicated that they do not oppose Federal Defendants' proposed schedule.

Defendants believe that the Court lacks subject matter jurisdiction and, therefore, request that the Court adopt their proposed briefing schedule in which they propose filing a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).  Specifically, Defendants contend that the Court has no jurisdiction to hear Plaintiff's claims because they are not challenging final agency action.  Since the Court must determine if it has jurisdiction before it can reach the merits, the Court should hear Defendants' jurisdictional motion first and possibly avoid summary judgment briefing altogether.  Accordingly, Defendants request the following schedule:

| | |
|---|---|
| June 29, 2007 | Defendants' Motion for Judgment on the Pleadings |
| July 27, 2007 | Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings |
| August 10, 2007 | Defendants' Reply in Support of their Motion for Judgment on the Pleadings |

However, if the Court denies Defendants' Motion for Judgment on the Pleadings by concluding that Plaintiffs are challenging final agency action, then the Court will be called upon to review that action based on the agency's administrative record.  5 U.S.C. § 706.  Thus, Defendants propose filing their administrative record no later than 90 days after any adverse decision on their Motion for Judgment on the Pleadings.  In addition, Defendants propose that the parties would submit a summary judgment briefing schedule to the Court within 10 days of any order denying Defendants' Motion.

Dated: June 5, 2007                 Respectfully submitted,

                                    RONALD J. TENPAS
                                    Acting Assistant Attorney General

JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief


      /s/ *Meredith L. Flax*
MEREDITH L. FLAX, Trial Attorney (DCB 468016)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
Meredith.Flax@usdoj.gov