PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior, <br><br>　　　　　Defendants, <br><br>　and <br><br>AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY, <br><br>　　　　　Defendant-Intervenors. | Case No.  1:07-cv-00484-JDB |

**DEFENDANT-INTERVENORS' PROPOSED BRIEFING SCHEDULE**

DEFENDANT-INTERVENORS' PROPOSED
BRIEFING SCHEDULE   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

This Court asked the parties to confer and agree on a briefing schedule for this case. Due to a fundamental disagreement as to how the case should most efficiently proceed, the parties have been unable to agree on a briefing schedule. Plaintiff American Forest Resource Council ("AFRC") intends to file a summary judgment motion shortly, without waiting for the federal defendant U.S. Fish and Wildlife Service ("FWS") to file the Administrative Record. FWS wishes to brief a motion to dismiss for lack of jurisdiction first, and only file the Administrative Record if plaintiff's complaint survives the motion to dismiss.

Defendant-intervenors do not object to the schedule proposed by FWS. If the Court prefers, however, to proceed with AFRC's scheduling proposal, defendant-intervenors ask the Court to order the FWS to file the Administrative Record within 30 days and order oppositions and/or cross-motions for summary judgment to be filed two weeks after the filing of the Administrative Record. This would allow cross-motions for summary judgment to be fully briefed in one round before this Court.

Respectfully submitted this 5th day of June, 2007.

/s/ Patti Goldman
PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors Audubon Society of Portland, Center for Biological Diversity, Conservation Northwest, Environmental Protection Information Center, Gifford Pinchot Task Force, Oregon Wild, Seattle Audubon Society, Sierra Club, and The Wilderness Society*

DEFENDANT-INTERVENORS' PROPOSED
BRIEFING SCHEDULE   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, ) | Case No.  1:07-cv-00484-JDB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| H. DALE HALL, Director, United States Fish and ) | |
| Wildlife Service, DAVID M. VERHEY, Acting Assistant ) | |
| Secretary for Fish and Wildlife and Parks, and DIRK ) | |
| KEMPTHORNE, Secretary of Interior, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR ) | |
| BIOLOGICAL DIVERSITY, CONSERVATION ) | |
| NORTHWEST, ENVIRONMENTAL PROTECTION ) | |
| INFORMATION CENTER, GIFFORD PINCHOT TASK ) | |
| FORCE, OREGON WILD, SEATTLE AUDUBON ) | |
| SOCIETY, SIERRA CLUB, and THE WILDERNESS ) | |
| SOCIETY, ) | |
| ) | |
| Defendant-Intervenors. ) | |

**CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

On June 5, 2007, I served a true and correct copy of:

1. Defendant-Intervenors' Proposed Briefing Schedule; and
2. Certificate of Service.

on the parties listed below:

| | |
|---|---|
| James T. McDermott<br>Ball Janik LLP<br>101 S.W. Main Street, Suite 1100<br>Portland, OR  97204<br>(503) 228-2525<br>(503) 226-3910 *[FAX]*<br>jmcdermott@balljanik.com<br>*Attorney for Plaintiffs* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk<br>☐ via e-mail |
| Mark C. Rutzick<br>Mark C. Rutzick, P.C.<br>3407 S.W. Stonebrook Drive, Suite B<br>Portland, OR  97239-1269<br>(503) 244-3030<br>markrutzick@comcast.net<br>*Attorney for Plaintiffs* | ☐ via facsimile<br>☒ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via electronic service by Clerk<br>☒ via e-mail |

CERTIFICATE OF SERVICE   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Meredith L. Flax
Courtney Taylor
Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
**Street Address**:
601 D Street, N.W., Room 3908
Washington, D.C. 20004
(202) 305-0404 (Meredith)
(202) 353-7548 (Courtney)
(202) 305-0275 *[FAX]*
meredith.flax@usdoj.gov
courtney.taylor@usdoj.gov
*Attorneys for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk
☐ via e-mail

    I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of June, 2007, at Seattle, Washington.

_____
Catherine Hamborg

CERTIFICATE OF SERVICE   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*