UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL,<br><br>Plaintiff,<br><br>vs.<br><br>H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior,<br><br>Defendants<br><br>and<br><br>AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>Defendant-Intervenors. | Civil Case No. 1:07-cv-00484-JDB |

**NOTICE TO COURT RE BRIEFING SCHEDULES**

In response to the Court's Order dated May 29, 2007, plaintiff American Forest Resource Council (AFRC) provides this Notice to the Court regarding "a briefing schedule for any and all dispositive motions filed in this action." May 29, 2007 Order at 3.

Contemporaneously with this Notice, AFRC has filed a motion for summary judgment along with supporting papers. AFRC believes the case can be resolved on the law based solely

Page 1 – NOTICE TO COURT RE BRIEFING SCHEDULES

on the U.S. Fish and Wildlife Service decision document out of which the case arises. While AFRC has no objection if defendants promptly file the complete administrative record, AFRC believes disposition of AFRC's motion should not be delayed for the purpose of allowing defendants to file the administrative record.

In short, the parties were not able to agree on briefing schedules because they do not agree on how to proceed to resolve the case. AFRC believes the case can be resolved most expeditiously through cross-motions for summary judgment. Defendants believe they should first be able to file and obtain a ruling from the court on a Rule 12(c) motion for "judgment on the pleadings" before they file a summary judgment motion and the administrative record. AFRC recommends that defendants present whatever arguments they wish to present under Rule 12(c) as part of a cross-motion for summary judgment. "[W]hen reviewing agency action the question of whether the agency acted in an arbitrary and capricious manner is a legal one which the district court can resolve on the agency record, regardless of whether it is presented in the context of a motion for judgment on the pleadings or in a motion for summary judgment." *American Bioscience, Inc. v. Thompson*, 269 F.3d 1077, 1083-84 (D.C. Cir. 2001), *citing University Medical Center of S. Nevada v. Shalala*, 173 F.3d 438, 440 n. 3 (D.C.Cir.1999).

AFRC has advised defendants and defendant-intervenors that AFRC is amenable to reasonable requests for additional time to respond to its summary judgment motion beyond the 11 days set in the Court's Local Civil Rules. LCvR 7(b). AFRC therefore proposes the following schedule for briefing on AFRC's motion for summary judgment, with the

Page 2 – NOTICE TO COURT RE BRIEFING SCHEDULES

understanding that the schedule may be revised if defendants and/or defendant-intervenors decide to file a cross-motion for summary judgment or otherwise upon mutual consent of all parties:

Plaintiff Files Motion for Summary Judgment: Filed June 5, 2007

Defendants and Defendant-Intervenors File Opposition to Plaintiff's Motion: July 6, 2007

Plaintiff's Combined Reply Brief: July 27, 2007

Dated this 5th day of June, 2007.

By:
James T. McDermott, D.C. Bar No. 404886
jmcdermott@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland OR 97204
Telephone: (503) 228-2525
Facsimile: (503) 226-3910

By: _____/s/_____
Mark C. Rutzick
Mark C. Rutzick, P.C.

THROUGH JUNE 7, 2007:
3407 SW Stonebrook Dr., Suite B
Portland OR 97239-1269
Phone/Fax: 503-244-3030

AS OF JUNE 8, 2007:
4912 Shadow Valley Drive
Fairfax VA 22030
Phone/Fax: 703-865-8418

Attorneys for Plaintiff American Forest Resource Council

Page 3 – NOTICE TO COURT RE BRIEFING SCHEDULES

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Oregon. I am over 18 years of age and not a party to this action. My business address is 101 SW Main Street, Suite 1100, Portland, Oregon 97204.

On June 5, 2007, I served a true and correct copy of the foregoing NOTICE TO COURT RE BRIEFING SCHEDULES by:

- ☐ U.S. POSTAL SERVICE;
- ☐ FACSIMILE SERVICE;
- ☒ ELECTRONIC MAIL;
- ☐ ARRANGING FOR HAND DELIVERY;
- ☐ OVERNIGHT DELIVERY.

Through the court's CM/ECF system on:

Jean E. Williams
Meredith L. Flax
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

Patti A. Goldman
Kristen L. Boyles
Joshua Osborne-Klein
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of June, 2007.

_____
Annie LaHaie

Page 1 – CERTIFICATE OF SERVICE