PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, | Case No.  1:07-cv-00484-JDB |
| Plaintiff, | |
| vs. | |
| H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior, | |
| Defendants, | |
| and | |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY, | |
| Defendant-Intervenors. | |

**MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE***

MOTION FOR PERMISSION TO APPEAR
*PRO HAC VICE*   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Defendant-Intervenors Audubon Society of Portland <u>et al.</u>, by and through their attorney of record, the undersigned, respectfully move for permission for counsel Kristen L. Boyles of Earthjustice to appear *pro hac vice* in this matter.

Pursuant to LCvR 7(m), counsel for defendant-intervenors has conferred with counsel for plaintiff and defendants.  Plaintiff does not oppose this motion and defendants take no position.

In support of this motion, defendant-intervenors rely on the Declaration of Kristen L. Boyles in Support of Motion for Permission to Appear *Pro Hac Vice* and the proposed order filed herewith.

Respectfully submitted this 7th day of June, 2007.

/s/  Patti Goldman
PATTI GOLDMAN (DCB# 398565)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org

*Attorney for Defendant-Intervenors Audubon Society of Portland, Center for Biological Diversity, Conservation Northwest, Environmental Protection Information Center, Gifford Pinchot Task Force, Oregon Wild, Seattle Audubon Society, Sierra Club, and The Wilderness Society*

MOTION FOR PERMISSION TO APPEAR
*PRO HAC VICE*   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, | Case No.  1:07-cv-00484-JDB |
| Plaintiff, | |
| vs. | |
| H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior, | |
| Defendants, | |
| and | |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY, | |
| Defendant-Intervenors. | |

**CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

On June 7, 2007, I served a true and correct copy of:

1. Motion for Permission to Appear *Pro Hac Vice*;
2. Declaration of Kristen L. Boyles in Support of Motion for Permission to Appear *Pro Hac Vice*;
3. [Proposed] Order Granting Motion to Appear *Pro Hac Vice*; and
4. Certificate of Service.

on the parties listed below:

James T. McDermott
Ball Janik LLP
101 S.W. Main Street, Suite 1100
Portland, OR 97204
(503) 228-2525
(503) 226-3910 *[FAX]*
jmcdermott@balljanik.com
*Attorney for Plaintiffs*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk
☐ via e-mail

Mark C. Rutzick
Mark C. Rutzick, P.C.
3407 SW Stonebrook Dr., Suite B
Portland OR 97239-1269
(503) 244-3030

4912 Shadow Valley Drive
Fairfax, VA 22030
(703) 865-8418
markrutzick@comcast.net
*Attorney for Plaintiffs*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via electronic service by Clerk
☒ via e-mail

CERTIFICATE OF SERVICE   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

Meredith L. Flax
Courtney Taylor
Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
**Street Address**:
601 D Street, N.W., Room 3908
Washington, D.C. 20004
(202) 305-0404 (Meredith)
(202) 353-7548 (Courtney)
(202) 305-0275 *[FAX]*
meredith.flax@usdoj.gov
courtney.taylor@usdoj.gov
*Attorneys for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk
☐ via e-mail

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of June, 2007, at Seattle, Washington.

/s/ Catherine Hamborg
Catherine Hamborg

CERTIFICATE OF SERVICE  - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL,<br><br>Plaintiff,<br><br>vs.<br><br>H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior,<br><br>Defendants,<br><br>and<br><br>AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>Defendant-Intervenors. | Case No.  1:07-cv-00484-JDB |

**DECLARATION OF KRISTEN L. BOYLES IN SUPPORT OF
MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE***

DECLARATION OF KRISTEN L. BOYLES IN SUPPORT OF
MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE*   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

I, KRISTEN L. BOYLES, declare and state as follows:

1. My name is Kristen Lee Boyles.

2. I am an attorney with Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA 98104; my telephone number is (206) 343-7340 and my fax number is (206) 343-1526.

3. I am a member in good standing and am eligible to practice in the following courts:

| Court | Admittance |
| --- | --- |
| California | June 8, 1992 |
| Court of Appeals 9th Circuit | February 26, 1993 |
| Washington | June 21, 1994 |
| USDC W. Dist. of Washington | July 1, 1994 |
| USDC E. Dist. of Washington | September 30, 1994 |
| United States Supreme Court | March 9, 1998 |
| USDC Colorado | August 3, 1998 |
| USDC N. Dist. of California | May 7, 1999 |
| Court of Appeals 10th Circuit | June 2, 2000 |

4. I have not been suspended, disbarred, or disciplined in any bar.

5. I have not been admitted *pro hac* in this court within the last two years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of June, 2007, at Seattle, Washington.

*[signature]*
KRISTEN L. BOYLES

DECLARATION OF KRISTEN L. BOYLES IN SUPPORT OF
MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE*  - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL,<br><br>Plaintiff,<br><br>vs.<br><br>H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior,<br><br>Defendants,<br><br>and<br><br>AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>Defendant-Intervenors. | Case No. 1:07-cv-00484-JDB |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

[PROPOSED] ORDER GRANTING MOTION
TO APPEAR *PRO HAC VICE*   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

This matter having come before the Court pursuant to Defendant-Intervenors' Motion for Permission to Appear *Pro Hac Vice*,

IT IS ORDERED, ADJUDGED, AND DECREED that Kristen L. Boyles is granted admission *pro hac vice* in the above-captioned lawsuit as attorney for Audubon Society of Portland et al.

DATED this ____ day of _____, 2007.

_____
THE HONORABLE JOHN D. BATES
United States District Judge

Submitted by:

/s/  Patti Goldman
PATTI GOLDMAN (DCB# 398565)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org

*Attorney for Defendant-Intervenors Audubon Society*
*of Portland, Center for Biological Diversity,*
*Conservation Northwest, Environmental Protection*
*Information Center, Gifford Pinchot Task Force, Oregon*
*Wild, Seattle Audubon Society, Sierra Club, and*
*The Wilderness Society*

[PROPOSED] ORDER GRANTING MOTION
TO APPEAR *PRO HAC VICE*   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*