PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, | Case No. 1:07-cv-00484-JDB |
| Plaintiff, | |
| vs. | |
| H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior, | |
| Defendants, | |
| and | |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY, | |
| Defendant-Intervenors. | |

**MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE***

MOTION FOR PERMISSION TO APPEAR
*PRO HAC VICE*   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Defendant-Intervenors Audubon Society of Portland et al., by and through their attorney of record, the undersigned, respectfully move for permission for counsel Joshua Osborne-Klein of Earthjustice to appear *pro hac vice* in this matter.

Pursuant to LCvR 7(m), counsel for defendant-intervenors has conferred with counsel for plaintiff and defendants. Plaintiff does not oppose this motion and defendants take no position.

In support of this motion, defendant-intervenors rely on the Declaration of Joshua Osborne-Klein in Support of Motion for Permission to Appear *Pro Hac Vice* and the proposed order filed herewith.

Respectfully submitted this 7th day of June, 2007.

/s/ Patti Goldman
PATTI GOLDMAN (DCB# 398565)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org

*Attorney for Defendant-Intervenors Audubon Society of Portland, Center for Biological Diversity, Conservation Northwest, Environmental Protection Information Center, Gifford Pinchot Task Force, Oregon Wild, Seattle Audubon Society, Sierra Club, and The Wilderness Society*

MOTION FOR PERMISSION TO APPEAR
*PRO HAC VICE*   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, | Case No.  1:07-cv-00484-JDB |
| Plaintiff, | |
| vs. | |
| H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior, | |
| Defendants, | |
| and | |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY, | |
| Defendant-Intervenors. | |

**CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

On June 7, 2007, I served a true and correct copy of:

1. Motion for Permission to Appear *Pro Hac Vice*;
2. Declaration of Joshua Osborne-Klein in Support of Motion for Permission to Appear *Pro Hac Vice*;
3. [Proposed] Order Granting Motion to Appear *Pro Hac Vice*; and
4. Certificate of Service.

on the parties listed below:

| | |
|---|---|
| James T. McDermott<br>Ball Janik LLP<br>101 S.W. Main Street, Suite 1100<br>Portland, OR  97204<br>(503) 228-2525<br>(503) 226-3910 *[FAX]*<br>jmcdermott@balljanik.com<br>*Attorney for Plaintiffs* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk<br>☐ via e-mail |
| Mark C. Rutzick<br>Mark C. Rutzick, P.C.<br>3407 SW Stonebrook Dr., Suite B<br>Portland OR 97239-1269<br>(503) 244-3030<br><br>4912 Shadow Valley Drive<br>Fairfax, VA  22030<br>(703) 865-8418<br>markrutzick@comcast.net<br>*Attorney for Plaintiffs* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via electronic service by Clerk<br>☒ via e-mail |

CERTIFICATE OF SERVICE   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Meredith L. Flax
Courtney Taylor
Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
**Street Address**:
601 D Street, N.W., Room 3908
Washington, D.C. 20004
(202) 305-0404 (Meredith)
(202) 353-7548 (Courtney)
(202) 305-0275 *[FAX]*
meredith.flax@usdoj.gov
courtney.taylor@usdoj.gov
*Attorneys for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk
☐ via e-mail

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of June, 2007, at Seattle, Washington.

_____
Catherine Hamborg

CERTIFICATE OF SERVICE  - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL,          )<br>                                            )<br>            Plaintiff,                     )<br>                                            )<br>    vs.                                     )<br>                                            )<br>H. DALE HALL, Director, United States Fish and )<br>Wildlife Service, DAVID M. VERHEY, Acting Assistant )<br>Secretary for Fish and Wildlife and Parks, and DIRK )<br>KEMPTHORNE, Secretary of Interior,         )<br>                                            )<br>            Defendants,                     )<br>                                            )<br>    and                                     )<br>                                            )<br>AUDUBON SOCIETY OF PORTLAND, CENTER FOR )<br>BIOLOGICAL DIVERSITY, CONSERVATION         )<br>NORTHWEST, ENVIRONMENTAL PROTECTION        )<br>INFORMATION CENTER, GIFFORD PINCHOT TASK )<br>FORCE, OREGON WILD, SEATTLE AUDUBON        )<br>SOCIETY, SIERRA CLUB, and THE WILDERNESS   )<br>SOCIETY,                                   )<br>                                            )<br>            Defendant-Intervenors.           ) | Case No.  1:07-cv-00484-JDB |

**DECLARATION OF JOSHUA OSBORNE-KLEIN IN SUPPORT OF
MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE***

DECLARATION OF JOSHUA OSBORNE-KLEIN IN SUPPORT
OF MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE*   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

I, JOSHUA OSBORNE-KLEIN, declare and state as follows:

1. My name is Joshua Osborne-Klein.

2. I am an attorney with Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA 98104; my telephone number is (206) 343-7340 and my fax number is (206) 343-1526.

3. I am a member in good standing and am eligible to practice in the following courts:

| Court | Admittance |
| --- | --- |
| Washington | November 10, 2005 |
| USDC W. Dist. of Washington | October 6, 2006 |

4. I have not been suspended, disbarred, or disciplined in any bar.

5. I have not been admitted *pro hac* in this court within the last two years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of June, 2007, at Seattle, Washington.

JOSHUA OSBORNE-KLEIN

DECLARATION OF JOSHUA OSBORNE-KLEIN IN SUPPORT
OF MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE* - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
JOSHUA OSBORNE-KLEIN (WSB #36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, | ) Case No.  1:07-cv-00484-JDB |
|  Plaintiff, | ) |
|  vs. | ) |
| H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior, | ) |
|  Defendants, | ) |
|  and | ) |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY, | ) |
|  Defendant-Intervenors. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

[PROPOSED] ORDER GRANTING MOTION
TO APPEAR *PRO HAC VICE*   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

This matter having come before the Court pursuant to Defendant-Intervenors' Motion for Permission to Appear *Pro Hac Vice*,

IT IS ORDERED, ADJUDGED, AND DECREED that Joshua Osborne-Klein is granted admission *pro hac vice* in the above-captioned lawsuit as attorney for Audubon Society of Portland et al.

DATED this ____ day of _____, 2007.

_____
THE HONORABLE JOHN D. BATES
United States District Judge

Submitted by:

/s/  Patti Goldman
PATTI GOLDMAN (DCB# 398565)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org

*Attorney for Defendant-Intervenors Audubon Society*
*of Portland, Center for Biological Diversity,*
*Conservation Northwest, Environmental Protection*
*Information Center, Gifford Pinchot Task Force, Oregon*
*Wild, Seattle Audubon Society, Sierra Club, and*
*The Wilderness Society*

[PROPOSED] ORDER GRANTING MOTION
TO APPEAR *PRO HAC VICE*   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*