UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL,<br><br>               Plaintiff,<br><br>   v.<br><br>H. DALE HALL, Director, U.S. Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish, Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of the Interior.<br><br>               Defendants,<br><br>   and<br><br>AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY<br><br>               Defendant-Intervenors. | Case No. 1:07-cv-00484 (JDB) |

**DEFENDANTS' MOTION TO STAY SUMMARY JUDGMENT BRIEFING OR, ALTERNATIVELY, FOR AN EXTENSION OF TIME**

Defendants hereby move the Court to stay briefing on Plaintiff's motion for summary judgment pending an order from the Court setting a briefing schedule for dispositive motions. Alternatively, Defendants ask the Court to grant them an extension of 120 days for their opposition and cross-motion for summary judgment to allow for compilation and filing of the administrative record. Pursuant to Local Civil Rule 7(m), counsel for Defendants contacted counsel for Plaintiff and Defendant-Intervenors to determine their clients' position on this

motion. Counsel for Defendant-Intervenors stated that their clients do not oppose this motion. Counsel for Plaintiff stated that his client opposes this motion.

On May 29, 2007, the Court ordered the parties to submit a joint notice "proposing a briefing schedule for any and all dispositive motions filed in this action." Doc. No. 8. Counsel for the parties were unable to reach agreement on a schedule. Therefore, the parties each filed their own proposed briefing schedule with the Court, leaving it for the Court to determine which briefing schedule it prefers. To resolve the dispute, the Court is called upon to decide whether Defendants should be allowed to file a motion for judgment on the pleadings on jurisdictional grounds and, if summary judgment briefing is necessary, how much time Defendants should have to file the administrative record.

Plaintiff stated in its proposed schedule that it was filing its motion for summary judgment contemporaneously and, in fact, filed its motion for summary judgment on June 5, 2007 (Doc. No. 20). By filing their motion Plaintiff has triggered the deadline for a response pursuant to Local Civil Rule 7. Defendants contend that the Court lacks jurisdiction to hear Plaintiff's claims, but to the extent the Court may disagree, this case is governed by the Administrative Procedure Act ("APA"), 5 U.S.C. § 500, et seq. When a court is reviewing informal agency action under the APA, the scope of the court's review is properly limited to the administrative record that was before the agency at the time the agency made its decision. Florida Power and Light Co. v. Lorion, 470 U.S. 729, 743 (1985); Camp v. Pitts, 411 U.S. 138, 142 (1973); Louisiana Ass'n of Indep. Producers v. FERC, 958 F.2d 1101, 1117 (D.C. Cir. 1992). Thus, if the Court determines it has jurisdiction and the case proceeds to summary judgment, it would be inappropriate for Defendants to have to defend against Plaintiff's motion

without the administrative record. As stated in Defendants' proposed briefing schedule, Defendants would need 90 days to compile the record. The challenged five-year review was signed in 2004. Plaintiff has given no reason why this case should be handled on an expedited schedule. Defendants would clearly be prejudiced by not being able to defend their administrative record.

  Accordingly, Defendants respectfully request that the Court stay any further briefing until it enters a scheduling order. Alternatively, Defendants request that the Court grant them an extension on their opposition and cross-motion for summary judgment for 120 days to allow for compilation of the administrative record.

Dated: June 7, 2007      Respectfully submitted,

            RONALD J. TENPAS
            Acting Assistant Attorney General

            JEAN E. WILLIAMS, Chief
            LISA L. RUSSELL, Assistant Chief

              /s/ *Meredith L. Flax*
            MEREDITH L. FLAX, Trial Attorney (DCB 468016)
            U.S. Department of Justice
            Environment and Natural Resources Division
            Wildlife and Marine Resources Section
            P.O. Box 7369
            Washington, D.C. 20044-7369
            Telephone: (202) 305-0404
            Facsimile: (202) 305-0275
            Meredith.Flax@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| H. DALE HALL, Director, U.S. Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish, Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of the Interior. | ) ) ) ) ) ) | Case No. 1:07-cv-00484 (JDB) |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendant-Intervenors. | ) | |
| | ) | |

## [PROPOSED] ORDER

Upon consideration of Federal Defendants' Motion to Stay Summary Judgment Briefing, it is hereby ORDERED that Defendants' Motion is GRANTED and that further summary judgment briefing is STAYED until the Court enters a scheduling order.

Dated this __ day of _____, 2007            _____
                                                     John D. Bates
                                                     United States District Judge