UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> H. DALE HALL, Director, U.S. Fish and ) <br> Wildlife Service, DAVID M. VERHEY, ) <br> Acting Assistant Secretary for Fish, Wildlife ) <br> and Parks, and DIRK KEMPTHORNE, ) <br> Secretary of the Interior. ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> AUDUBON SOCIETY OF PORTLAND, ) <br> CENTER FOR BIOLOGICAL DIVERSITY, ) <br> CONSERVATION NORTHWEST, ) <br> ENVIRONMENTAL PROTECTION ) <br> INFORMATION CENTER, GIFFORD ) <br> PINCHOT TASK FORCE, OREGON WILD, ) <br> SEATTLE AUDUBON SOCIETY, SIERRA ) <br> CLUB, and THE WILDERNESS SOCIETY ) <br> ) <br> Defendant-Intervenors. ) <br> ) | Case No. 1:07-cv-00484 (JDB) |

**DEFENDANTS' NOTICE OF FILING
EXCERPTS OF THE ADMINISTRATIVE RECORD**

Notice is hereby provided to the Court and the parties that, on August 7, 2007, the Federal Defendants filed with this Court a copy of the excerpts of the administrative record for the five-year review of the marbled murrelet in the above-captioned matter. While Defendants maintain that the five-year review is not a challengeable final agency action, to the extent the Court may disagree, Defendants are filing excerpts of the administrative record. Since none of Plaintiff's claims attempts to challenge the scientific conclusions of the five-year review, as

evidenced by Plaintiff's failure to include any such documents with its summary judgment papers, the excerpts of record do not include the voluminous scientific documents considered in preparing the five-year review. See 5 U.S.C. § 706 ("the court shall review the whole record or those parts of it cited by a party"). However, these scientific documents are listed at the end of the five-year review (excerpts of the administrative record at 675-724) and Defendants are willing to produce any of these documents at the Court's request.

Pursuant to Local Civil Rule 5.4(e)(1)(A), the excerpts of the administrative record will not be filed using the Court's Electronic Case Filing system because it exceeds 500 pages. Instead, Federal Defendants filed with the Court today one (1) CD-ROM containing the United States Fish and Wildlife Service's excerpts of the administrative record. The Service's certification of the excerpts of the administrative record is attached hereto as Exhibit 1. The index of the excerpts of the administrative record is attached hereto as Exhibit 2. Copies of the excerpts of the administrative record are also being provided today to counsel for Plaintiff and Defendant-Intervenors. One additional chambers copy of the CD-ROM will also be filed with the Court for the Court's convenience.

Dated: August 7, 2007             Respectfully submitted,

                                  RONALD J. TENPAS
                                  Acting Assistant Attorney General

                                  JEAN E. WILLIAMS, Chief
                                  LISA L. RUSSELL, Assistant Chief


                                     /s/ *Meredith L. Flax*
                                  MEREDITH L. FLAX, Trial Attorney (DCB 468016)
                                  U.S. Department of Justice
                                  Environment and Natural Resources Division
                                  Wildlife and Marine Resources Section

P.O. Box 7369  
Washington, D.C. 20044-7369  
Telephone: (202) 305-0404  
Facsimile: (202) 305-0275  
Meredith.Flax@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

**AMERICAN FOREST RESOURCES COUNCIL,**

        Plaintiffs,

v.

**H. DALE HALL,** Director, United States Fish And Wildlife Service, **DAVID M. VERHEY,** Acting Assistant Secretary for Fish, Wildlife And Parks, **DIRK KEMPTHORNE,** Secretary of Interior

        Defendants.

Civil Case No. 1:07-cv-00484-JDB

**DECLARATION OF KIT HERSHEY**

---

### CERTIFICATION OF ADMINISTRATIVE RECORD

I, Kit Hershey, state the following:

    1   I am the Litigation Coordinator in the U.S. Fish and Wildlife Service's Pacific Regional Office in Portland, Oregon.

    2.   The Pacific Regional Office is the lead Region for the Marbled murrelet, including preparation of the 5-Year Review for the Marbled murrelet. The Pacific Regional Office is the custodian of the administrative record for the review of the listing classification of the Marbled murrelet.

3. I have assembled excerpts of the administrative record related to the review of the listing classification of the Marbled murrelet. These files comprise the relevant excerpts of the administrative record for this litigation.

4. I hereby certify that the documents identified in the index on the compact disk (CD) accompanying this declaration comprise the relevant excerpts of the administrative record related to the review of the listing classification of the marbled murrelet, as determined to the best of my ability.

5. This declaration is made under the provision of Section 1746 of Title 28 of the United States Civil Code. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 30, 2007, at Portland, Oregon.

*Kit Hershy*
Kit Hershey

American Forest Resource Council v. Dale Hall, USFWS
Case No. 1:07-cv-00484-JDB
Index of Excerpts from the Administrative Record Related to the FWS Review of the Listing Status of the Marbled Murrelet

| Bates # | Date | Document Title and Description |
|---|---|---|
| 001 | 7/24/2007 | Third Amendment to Settlement Agreement; US District Court, District of Oregon; Civil No. 02-6087-AA |
| 003 | 3/16/2007 | Memorandum w/attachment from David Longly Berhardt, Solicitor, Office of the Solicitor, U. S. Department of the Interior, re: The Meaning of "In Danger of Extinction Throughout All or a Significant Portion of its Range" (Attachment: Appendix on Legislative History) |
| 039 | 2007 | Status Review of the Marbled Murrelet in Alaska and British Columbia, prepared by USGS |
| 315 | 9/24/2004 | Federal Defendant's Notice of Completion of Five-Year Status Review, filed with the United States District Court, District of Oregon |
| 318 | 9/1/2004 | USFWS News Release, re: Five-year Review of Marbled Murrelet Completed |
| 320 | 9/1/2004 | Letter from David B. Allen, Regional Director, Region 1, to Scott Horngren, Haglund, Kelley, Horngren, & Jones LLP, re: announces the completion of the Marbled Murrelet 5-year review |
| 321 | 8/31/2004 | Marbled Murrelet 5-Year Review, signed 9/1/04 by David B. Allen, Regional Director, Region 1 |
| 349 | 5/19/2004 | Second Amendment to Settlement Agreement; US District Court, District of Oregon; Civ No. 02-6087-AA |
| 352 | 3/24/2004 | 5-year Review Guidance (for placement in the Recovery Handbook) |
| 363 | 3/2004 | Evaluation Report for the 5-Year Status Review of the Marbled Murrelet in Washington, Oregon, and California. Prepared by EDAW for the US Fish and Wildlife Service, Region 1. |
| 733 | 8/20/2003 | Letter w/2 attachments from Ross Mickey, Western Oregon Manager, American Forest Resource Council (AFRC), to Field Office Supervisor, Oregon Fish and Wildlife Office, re: Status Review Input |
| 749 | | Attachment A: The Subset of Marbled Murrelets in California, Oregon, and Washington (which excludes the more plentiful murrelets in Canada and Alaska) is not an ESA-Listable "Species" under the Now-Controlling 1996 Distinct Population Segment Policy |
| 794 | | Attachment B: Geographic distribution, habitat selection, and population dynamics with respect to nesting habitat characteristics, of Marbled Murrelets, prepared by Lank et al, Centre for Wildlife Ecology, Simon Fraser University, Burnaby, BC, dtd Aug 15, 03 |
| 861 | 7/25/2003 | Endangered and Threatened Wildlife and Plants; Second Information Request for the 5-Year Reviews of the Marbled Murrelet and the Northern Spotted Owl. Department of the Interior. U.S. Fish and Wildlife Service. April 21, 2003. Federal Register Vol. 68, No. 143: 44093. |
| 863 | 6/25/2003 | Email w/attachment from Lee Folliard, Murrelet Team Lead, to Ross Mickey, AFRC, re: Status Review Input (transmits a letter from AFRC dtd 6/20/03) |
| 872 | 6/20/2003 | First Amendment to Settlement Agreement; US District Court, District of Oregon; Civil No. CV-02-6087-AA |

**American Forest Resource Council v. Dale Hall, USFWS**
**Case No. 1:07-cv-00484-JDB**
**Index of Excerpts from the Administrative Record Related to the FWS Review of the Listing Status of the Marbled Murrelet**

| | | |
|---|---|---|
| 875 | 4/21/2003 | Endangered and Threatened Wildlife and Plants; 5-Year Review of the Marbled Murrelet and the Northern Spotted Owl.  Department of the Interior.  U.S. Fish and Wildlife Service. April 21, 2003. Federal Register Vol. 68, No. 76:19569. |
| 878 | 1/13/2003 | Settlement Agreement and Stipulation of Dismissal with Prejudice, in AFRC v. Secretary of Interior; US District Court, District of Oregon; Civ. No. 02-06087-AA |
| 884 | 4/19/1995 | USFWS Policy Guidance (Fish and Wildlife Service Manual# 032 FW 5, prepared by Division of Policy and Directives Management), re: General Program Redelegations |
| 887 | 10/1/1992 | Marbled Murrelet Final Listing Rule; Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for the Washington, Oregon, and California Population of the Marbled Murrelet.  Department of the Interior.  U.S. Fish and Wildlife Service. October, 1, 2002. Federal Register Vol. 57, No. 45328. |
| 902 | 9/17/1992 | Marbled Murrelet v. Lujan, No. C91-522R, (W.D.WA.), September 17, 1992.  Memorandum Opinion. |
| 927 | 6/20/1991 | Marbled Murrelet Proposed Listing Rule; Endangered and Threatened Wildlife and Plants; Proposed Threatened Status for the Marbled Murrelet in Washington, Oregon, and California.  Department of the Interior.  U.S. Fish and Wildlife Service. June 20, 1991. Federal Register Vol. 56, No. 28362. |