UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>H. DALE HALL, Director, U.S. Fish and )<br>Wildlife Service, DAVID M. VERHEY, )<br>Acting Assistant Secretary for Fish, Wildlife )<br>and Parks, and DIRK KEMPTHORNE, )<br>Secretary of the Interior. )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>AUDUBON SOCIETY OF PORTLAND, )<br>CENTER FOR BIOLOGICAL DIVERSITY, )<br>CONSERVATION NORTHWEST, )<br>ENVIRONMENTAL PROTECTION )<br>INFORMATION CENTER, GIFFORD )<br>PINCHOT TASK FORCE, OREGON WILD, )<br>SEATTLE AUDUBON SOCIETY, SIERRA )<br>CLUB, and THE WILDERNESS SOCIETY )<br>)<br>Defendant-Intervenors. )<br>) | Case No. 1:07-cv-00484 (JDB) |

## UNOPPOSED JOINT MOTION TO EXTEND TIME

Defendants and Defendant-Intervenors respectfully submit this motion to extend the time for Defendants and Defendant-Intervenors to file their summary judgment reply briefs by two weeks, to October 19, 2007. Defendants' and Defendant-Intervenors' reply briefs are currently due on October 5, 2007, pursuant to this Court's June 8, 2007 Minute Order. Counsel for Defendants and Defendant-Intervenors conferred with Plaintiff's attorney, Mark Rutzick, on Tuesday, September 25, 2007. Mr. Rutzick stated that Plaintiff does not oppose this motion.

Defendants seek this extension to accommodate Ms. Flax's litigation docket in other

matters. Defendant-Intervenors seek this extension so that their reply brief will continue to be due on the same date as Defendants.

| | |
|---|---|
| Dated this 26th day of September 2007. | Respectfully submitted, |

RONALD J. TENPAS
Acting Assistant Attorney General

JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

　　　/s/ *Meredith L. Flax*
MEREDITH L. FLAX, Trial Attorney
D.C. Bar # 468016
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
Meredith.Flax@usdoj.gov

*Counsel for Federal Defendants*


　　　/s/ *Joshua Osborne-Klein*
PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB# 23806)
JOSHUA OSBORNE-KLEIN (WSB# 36736)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
Telephone: (206) 343-7340
Facsimile: (206) 343-1526
pgoldman@earthjustice.org
kboyles@earthjustice.org
josborne-klein@earthjustice.org

*Counsel for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>H. DALE HALL, Director, U.S. Fish and  )<br>Wildlife Service, DAVID M. VERHEY,  )<br>Acting Assistant Secretary for Fish, Wildlife )<br>and Parks, and DIRK KEMPTHORNE,  )<br>Secretary of the Interior.  )<br>)<br>Defendants,  )<br>)<br>and  )<br>)<br>AUDUBON SOCIETY OF PORTLAND,  )<br>CENTER FOR BIOLOGICAL DIVERSITY,  )<br>CONSERVATION NORTHWEST,  )<br>ENVIRONMENTAL PROTECTION  )<br>INFORMATION CENTER, GIFFORD  )<br>PINCHOT TASK FORCE, OREGON WILD,  )<br>SEATTLE AUDUBON SOCIETY, SIERRA  )<br>CLUB, and THE WILDERNESS SOCIETY  )<br>)<br>Defendant-Intervenors.  )<br>_____) | Case No. 1:07-cv-00484 (JDB) |

**[Proposed]ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO EXTEND TIME**

Pending before this Court is Defendants' and Defendant-Intervenors' Unopposed Joint Motion To Extend Time. After having reviewed the Motion, and for good cause shown,

IT IS ORDERED that Defendants' and Defendant-Intervenors' Unopposed Joint Motion to Extend Time is GRANTED; and

that Defendants and Defendant-Intervenors shall file their Reply briefs in Support of their Cross-Motions for Summary Judgment no later than October 19, 2007.

DATED this ___ day of September 2007.

                                                          _____

                                                          John D. Bates
                                                          United States District Judge