UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AM. FOREST RESOURCE COUNCIL,**<br><br>    Plaintiff,<br><br>    v.<br><br>**H. DALE HALL, Director, U.S. Fish & Wildlife Serv., et al.,**<br><br>    Defendants. | Civil Action No. 07-0484 (JDB) |

## ORDER

Upon consideration of the parties' cross-motions for summary judgment and accompanying memoranda, the arguments made at the motions hearing held on January 18, 2008, the applicable law, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [20] the motion of plaintiff American Forest Resource Council for summary judgment is **DENIED**; it is further

**ORDERED** that [28] the cross-motion of defendants H. Dale Hall, Director of the United States Fish and Wildlife Service, David M. Verhey, Acting Assistant Secretary for Fish, Wildlife, and Parks, and Dirk Kempthorne, Secretary of the Interior is **GRANTED**; it is further

**ORDERED** that [26] the cross-motion of intervenor-defendants is **GRANTED**; and it is further

**ORDERED** that judgment is entered for defendants based upon plaintiff's failure to state a claim upon which relief can be granted in the absence of a final agency action subject to judicial review at this time.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:   February 5, 2008