UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL,<br><br>        Plaintiff,<br><br>  vs.<br><br>H. DALE HALL, Director, United States Fish and Wildlife Service, DAVID M. VERHEY, Acting Assistant Secretary for Fish and Wildlife and Parks, and DIRK KEMPTHORNE, Secretary of Interior,<br><br>        Defendants,<br><br>  and<br><br>AUDUBON SOCIETY OF PORTLAND, CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, GIFFORD PINCHOT TASK FORCE, OREGON WILD, SEATTLE AUDUBON SOCIETY, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>        Defendant-Intervenors. | Civil No. 1:07-cv-00484-JDB |

**PLAINTIFF'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that plaintiff American Forest Resource Council (AFRC) appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of the court in this case entered February 5, 2008 and the denial of AFRC's motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) entered on June 26, 2008.

Page 1 -  **PLAINTIFF'S NOTICE OF APPEAL**

Ball Janik LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

Mark C. Rutzick, Inc.
12402 Myra Virginia Ct.
Oak Hill, Virginia 20171
Phone/Fax: 703-870-7347

Dated this 21st day of August, 2008.

By: /s/ Mark C. Rutzick

James T. McDermott, D.C. Bar No. 404886
jmcdermott@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland OR 97204
Telephone: (503) 228-2525
Facsimile: (503) 226-3910

Mark C. Rutzick, D.C. Bar No. 979547
markrutzick@cox.net
Mark C. Rutzick, Inc.
12402 Myra Virginia Ct
Oak Hill VA 20171
Telephone/Facsimile: (703) 870-7347

Page 2 -      **PLAINTIFF'S NOTICE OF APPEAL**

Ball Janik LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

Mark C. Rutzick, Inc.
12402 Myra Virginia Ct.
Oak Hill, Virginia 20171
Phone/Fax: 703-870-7347

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008 I caused the following document: PLAINTIFF'S NOTICE OF APPEAL to be filed by ECF, and served electronically through the CM/ECF system upon the following attorneys enrolled to receive such notice:

Meredith L. Flax
Jean E. Williams
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

Patti A. Goldman
Kristen L. Boyles
Joshua Osborne-Klein
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104

DATED this 21st day of August, 2008.

    /s/ Mark C. Rutzick
Mark C. Rutzick

Page 3 -    **PLAINTIFF'S NOTICE OF APPEAL**

Ball Janik LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

Mark C. Rutzick, Inc.
12402 Myra Virginia Ct.
Oak Hill, Virginia 20171
Phone/Fax: 703-870-7347

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AM. FOREST RESOURCE COUNCIL,

    Plaintiff,

    v.

H. DALE HALL, Director, U.S. Fish &
Wildlife Serv., et al.,

    Defendants.

Civil Action No. 07-0484 (JDB)

## ORDER

Upon consideration of the parties' cross-motions for summary judgment and accompanying memoranda, the arguments made at the motions hearing held on January 18, 2008, the applicable law, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [20] the motion of plaintiff American Forest Resource Council for summary judgment is **DENIED**; it is further

**ORDERED** that [28] the cross-motion of defendants H. Dale Hall, Director of the United States Fish and Wildlife Service, David M. Verhey, Acting Assistant Secretary for Fish, Wildlife, and Parks, and Dirk Kempthorne, Secretary of the Interior is **GRANTED**; it is further

**ORDERED** that [26] the cross-motion of intervenor-defendants is **GRANTED**; and it is further

**ORDERED** that judgment is entered for defendants based upon plaintiff's failure to state a claim upon which relief can be granted in the absence of a final agency action subject to judicial review at this time.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:   February 5, 2008